# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Kassim S. Al Yafeai<br>A 44 652 661 | FILED: AUGUST 26, 2008<br>08CV4869<br>JUDGE ST. EVE<br>MAGISTRATE JUDGE KEYS<br>AO |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Kassim Al Yafeai

| | |
|---|---|
| NAME (Type or print)<br>Omar A. Abuzir | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Omar A. Abuzir | |
| FIRM<br>Horn, Khalaf, Abuzir & Mitchell, LLC | |
| STREET ADDRESS<br>10003 S. Roberts Road | |
| CITY/STATE/ZIP<br>Palos Hills, Illinois 60465 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>(708)233-1122 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |