# United States District Court for the Northern District of Illinois

Case Number: 08CV4869                Assigned/Issued By: DAJ

Judge Name: ST.EVE                   Designated Magistrate Judge: KEYS

---

## FEE INFORMATION

Amount Due:   ☑ $350.00      ☐ $39.00      ☐ $5.00
              ☐ IFP          ☐ No Fee      ☐ Other _____
              ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                        Receipt #: 3052361

Date Payment Rec'd: 08/26/08               Fiscal Clerk: DAJ

---

## ISSUANCES

☑ Summons                                  ☐ Alias Summons

☐ Third Party Summons                      ☐ Lis Pendens

☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons       _____
                                           _____
☐ Citation to Discover Assets              (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

_5_ Original and _0_ copies on _08/26/08_ as to US ATTORNEY GENERAL,
                                (Date)
US ATTORNEYS OFFICE, FEDERAL BUREAU OF INVESTIGATION, US CITIZENSHIP
AND IMMIGRATION SERVICES, US DEPARTMENT OF HOMELAND SECURITY.